## UNITED STATES COURT OF NORTHERN NEW YORK



**Plantiff:**

    Dr. Marco Bitetto
    4 Fourth Avenue
    Rensselaer, N.Y. 12144

1:18 cv 1083 (MAD/CFH)

**Defendant:**

    Mr. Sundar Pichai
    1600 Amphitheatre Parkway
    Mountain View, CA. 94043

### FACTS OF THE CASE

Google began to publish my ebooks about six years ago. However, quite recently they stopped publishing my ebooks and have put my account on pending review.

I believe this is the case because I am blind and this forms a disability related discrimination case. Since, this is in violation of the Americans with Disabilities Act.

Consequently, I am bringing this $500 Billion dollar law suit against Google.

DATE: 9/6/2018

SIGNATURE: _Marco Bitetto_

Google+  Search  Images  Maps  Play  YouTube  News  Gmail  More ▾                     Dr. Marco Bitetto 

## Books Partner Center

# Book Catalog                                  Filter books

- Home
- **Book Catalog**
- Analytics & Reports
- Promotions
- Payment Center
- Account Settings

**+ Add book**                                                                      Export books    ⚙ Advanced ▾

| TITLE | AUTHOR | IDENTIFIER | LABEL | STATUS |
|---|---|---|---|---|
| Stupendous Opus Magnum | Dr. Marco Bitetto | GGKEY:0YEBLA64... | Default Setti... | Needs Action |
| QUESTIONS ASKED OF ME | Dr. Marco A.V. Bitetto | GGKEY:2HWLCN1... | Default Setti... | Needs Action |
| SPACE VOYAGES | Dr. Marco Bitetto | GGKEY:3BQCW53... | Default Setti... | Needs Action |
| AMERICA FIRST | Dr. Marco Bitetto | GGKEY:3J7PUH99... | Default Setti... | Needs Action |
| All Things Plasma Jet Propelled | Dr. Marco Bitetto | GGKEY:4YYLDEUF... | Default Setti... | Needs Action |
| STAR TREK MISSION CONTINUES | Dr. Marco Bitetto | GGKEY:62SKUKY9... | Default Setti... | Needs Action |
| SCAMSTER AND HIS SCAMS | Dr. Marco Bitetto | GGKEY:6ULEUG9... | Default Setti... | Needs Action |
| Novo Opus Magnum | Dr. Marco Bitetto | GGKEY:AX0S1043... | Default Setti... | Needs Action |
| LETTERS TO THE EDITOR: THE SYSTE... | Dr. Marco A.V. Bitetto | GGKEY:B5ZP68KX... | Default Setti... | Needs Action |
| SUPER STAR TREK COMPENDIUM | Dr. Marco Bitetto | GGKEY:D22FFAP5... | Default Setti... | Needs Action |
| STAR TREK MEET THE DIMENSIONALS | Dr. Marco Bitetto | GGKEY:FAHY6ZHJ... | Default Setti... | Needs Action |
| SCI-FI | Dr. Marco Bitetto | GGKEY:JU6CATU6... | Default Setti... | Needs Action |
| SPACE OPERA | Dr. Marco Bitetto | GGKEY:KFJNKT4D... | Default Setti... | Needs Action |
| STAR TREK MISSION INCOMPLETE | Dr. Marco Bitetto | GGKEY:N2D0CKU... | Default Setti... | Needs Action |
| STAR TREK KNOCK OUT | Dr. Marco Bitetto | GGKEY:P060AT7T... | Default Setti... | Needs Action |

Google+   Search   Images   Maps   Play   YouTube   News   Gmail   More ▾            Dr. Marco Bitetto   

## Books Partner Center

# Book Catalog                                Filter books

- Home
- **Book Catalog**
- Analytics & Reports
- Promotions
- Payment Center
- Account Settings

[+ Add book]                                                         Export books    ⚙ Advanced ▾

| TITLE | AUTHOR | IDENTIFIER | LABEL | STATUS |
|---|---|---|---|---|
| Stupendous Opus Magnum | Dr. Marco Bitetto | GGKEY:0YEBLA64... | Default Setti... | Needs Action |
| QUESTIONS ASKED OF ME | Dr. Marco A.V. Bitetto | GGKEY:2HWLCN1... | Default Setti... | Needs Action |
| SPACE VOYAGES | Dr. Marco Bitetto | GGKEY:3BQCW53... | Default Setti... | Needs Action |
| AMERICA FIRST | Dr. Marco Bitetto | GGKEY:3J7PUH99... | Default Setti... | Needs Action |
| All Things Plasma Jet Propelled | Dr. Marco Bitetto | GGKEY:4YYLDEUF... | Default Setti... | Needs Action |
| STAR TREK MISSION CONTINUES | Dr. Marco Bitetto | GGKEY:62SKUKY9... | Default Setti... | Needs Action |
| SCAMSTER AND HIS SCAMS | Dr. Marco Bitetto | GGKEY:6ULEUG9... | Default Setti... | Needs Action |
| Novo Opus Magnum | Dr. Marco Bitetto | GGKEY:AX0S1043... | Default Setti... | Needs Action |
| LETTERS TO THE EDITOR: THE SYSTE... | Dr. Marco A.V. Bitetto | GGKEY:B5ZP68KX... | Default Setti... | Needs Action |
| SUPER STAR TREK COMPENDIUM | Dr. Marco Bitetto | GGKEY:D22FFAP5... | Default Setti... | Needs Action |
| STAR TREK MEET THE DIMENSIONALS | Dr. Marco Bitetto | GGKEY:FAHY6ZHJ... | Default Setti... | Needs Action |
| SCI-FI | Dr. Marco Bitetto | GGKEY:JU6CATU6... | Default Setti... | Needs Action |
| SPACE OPERA | Dr. Marco Bitetto | GGKEY:KFJNKT4D... | Default Setti... | Needs Action |
| STAR TREK MISSION INCOMPLETE | Dr. Marco Bitetto | GGKEY:N2D0CKU... | Default Setti... | Needs Action |
| STAR TREK KNOCK OUT | Dr. Marco Bitetto | GGKEY:P060AT7T... | Default Setti... | Needs Action |
| STAR TREK THE SPACIOTEMPORAL FA... | Dr. Marco Bitetto | GGKEY:PJEW0NK... | Default Setti... | Needs Action |

